IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| Plaintiff, | * |
| | * |
| v. | *   Civil No. WMN-02-2522 |
| | * |
| ONE 1997 BMW 528i, | * |
| VIN# 6321VBWO8382, | * |
| Defendant. | * |
| | * |
| and | * |
| | * |
| LISA WHALEY, | * |
| Claimant. | * |

...oOo...

### DEFAULT DECREE OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this /8t day of September 2002, that:

1. For the reasons set forth in the Government's Motion to Strike Claim and For a Default Decree of Forfeiture, the Claim of Lisa Whaley is **HEREBY STRICKEN**;

2. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

3. The time for the filing of any claim to contest this forfeiture has expired, and no valid claim has been filed;

4. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. 2465;

5. The defendant property is condemned and all rights, title, and interest of any and all persons are **HEREBY FORFEITED** to the United States of America;

6. The United States Marshal Service shall dispose of the defendant property and any cost bond in accordance with law; and

7. The clerk of the court shall provide copies of this order to counsel of record.

/s/ William M. Nickerson
United States District Judge

2