UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

January 8, 2003

Memo To Counsel Re: United States of America v. One 1997 BMW 528i and
                            Lisa Whaley
                            Civil No. JFM-02-522

Dear Counsel:

       I have today entered an order granting claimant's motion for reconsideration.

       I hereby set a discovery deadline of March 10, 2003. Each side will be limited to one hour of depositions. The summary judgment motions deadline is April 10, 2003.

       Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

                                                Very truly yours,

                                                J. Frederick Motz
                                                United States District Judge

cc: Court File

