IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA     :

v.                            :

ONE 1997 BMW 528i,            :     Civil No. EFM-02-522
VIN # 6321VBW08382
                              :
and
                              :
LISA WHALEY
                              :
Claimant
                              :

### ORDER

It is this ___8th___ day of ___Jan_____, 2002, hereby ORDERED that the Claimant's Motion for Reconsideration of Default Decree is HEREBY GRANTED.

_____
Judge
United States District Court for the
District of Maryland