**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

| | | |
|---|---|---|
| *Thomas M. DiBiagio*<br>*United States Attorney*<br><br>*LaTonia Kelly*<br>*Paralegal Specialist*<br>*Asset Forfeiture Unit* | *6625 United States Courthouse*<br>*101 West Lombard Street*<br>*Baltimore, Maryland 21201-2692* | *410-209-4800*<br>*TTY/TDD:410-962-4462*<br>*410-209-4897*<br>*FAX 410-962-3091*<br>*LaTonia.Kelly@usdoj.gov* |

May 20, 2003

Honorable J. Frederick Motz
United States District Judge
340 United States Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

       Re: United States v. One 1997 BMW 528I
          <u>Civil No. JFM-02522</u>

Dear Judge Motz:

    This is to provide a further status regarding the above-referenced matter.

    The Court reopened this case on or about January 8, 2003. On or about January 21, 2003, the government offered the claimant $1,035.00 of the remainder of the proceeds from the sale of the vehicle, after satisfying a lien of $12,929.66 and U.S. Marshal Service expenses. The claimant rejected that offer and on or about May 6, 2003, the government offered the claimant the entire remainder of proceeds of $2,070.34. The government is waiting to hear from the claimant regarding this most recent offer.

The government will provide a further status no later than June 15, 2003.

    Thank you for your continued patience in this matter.

                              Very truly yours,

                              Thomas M. DiBiagio
                              United States Attorney

                              ____/s/_____
                              LaTonia Kelly
                              Paralegal Specialist

cc: AUSA Richard C. Kay