```
           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MARYLAND
                    Northern Division

UNITED STATES OF AMERICA,       *
          Plaintiff,            *
                                *
     v.                         *   Civil No. WMN-02-522
                                *
ONE 1997 BMW 528i,              *
VIN# 6321VBWO8382,              *
          Defendant.            *
                                *
     and                        *
                                *
LISA WHALEY,                    *
          Claimant.             *
                         ...oOo...
```

**MOTION FOR FINAL ORDER OF FORFEITURE**

The United States of America, by and through undersigned counsel, hereby moves for entry of an order of forfeiture, and in support of such motion states the following:

1. The Verified Complaint for Forfeiture of the defendant property, which, the government submits, sets forth probable cause for the forfeiture of the defendant property, was filed on or about February 12, 2002.

2. On or about February 22, 2002, the United States Marshal arrested, or executed process on, the defendant property.

3. As the Verified Complaint sets forth, the property was seized from Lisa Whaley. On or about May 18, 2003, Lisa Whaley and the government agreed to disposition of the proceeds from the sale of the defendant property. A copy of the settlement agreement is annexed hereto as Exhibit A. According to the agreement, the government agrees to release $2,070.34 to the claimant, by check made payable to Kenneth Ravenell, Esquire. This amount represents

the remainder of the proceeds from the sale of the defendant vehicle, once the lienholder's petition up to $12,929.66 is satisfied.

    4.   The claimant agrees that this release of funds satisfies her claim.

    5.   On or about March 1, 2002, notice of the pendency of this case was published in The Baltimore Sun, a newspaper of general circulation in the Baltimore, Maryland, area pursuant to Rule C of the Supplemental Rules For Certain Admiralty and Maritime Claims.  A copy of the advertising certification, and Declaration Regarding Circulation is attached hereto as Exhibit B.

    6.   No other claimant has come forward within the time allotted by law for the filing of claims, which is within thirty (30) days of the date of publication.  18 U.S.C. section 983 (a)(4)(A).

    **WHEREFORE**, the United States of America respectfully requests that the Court enter judgment for the United States of America under the terms and conditions of the draft order submitted herewith for the convenience of the Court.

    Respectfully submitted,

    Thomas M. DiBiagio
    United States Attorney

June 2, 2003                    /s/
Date                            Richard C. Kay
                             Assistant United States Attorney
                             6625 United States Courthouse
                             101 West Lombard Street
                             Baltimore, Maryland 21201-2692
                             Telephone (410) 209-4800

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June __2____ 2003, a copy of the foregoing Motion for Final Order of Forfeiture was mailed first class, postage prepaid to Kenneth Ravenell, Esuire, Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A., 401 E. Pratt Street, Baltimore, Maryland 21202.

_____/s/_____
Richard C. Kay
Assistant United States Attorney

```
            IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF MARYLAND
                       Northern Division
```

| | |
|---|---|
| UNITED STATES OF AMERICA,          * | |
|     Plaintiff,          * | |
|                    * | |
|     v.                      * | Civil No. WMN-02-2522 |
|                    * | |
| ONE 1997 BMW 528i,                * | |
| VIN# 6321VBWO8382,                * | |
|     Defendant.          * | |
|                    * | |
|     and                    * | |
|                    * | |
| LISA WHALEY,                       * | |
|     Claimant.            * | |

..oOo...

### FINAL ORDER OF FORFEITURE

**IT IS ORDERED, ADJUDGED, AND DECREED** on this ____ day of June 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed;

3. The United States of America has shown that there was reasonable cause for the seizure of the defendant property under 28 U.S.C. section 2465;

4. $2,070.34 shall be released to the claimant, in accordance with the Settlement Agreement attached to the government's motion. The defendant property is condemned and all rights, title, and interest of Lisa Whaley, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion.

      6.    The clerk of the court shall provide copies of this order to counsel of record.

                                                              _____  
                                                              William M. Nickerson  
                                                              United States District Judge

Case 1:02-cv-00522-JFM    Document 12    Filed 06/02/2003    Page 5 of 5