

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*
*Northern Division*

---

*Thomas M. DiBiagio*
*United States Attorney*

*Richard C. Kay*
*Assistant United States Attorney*

*6625 United States Courthouse*
*101 West Lombard Street*
*Baltimore, Maryland 21201-2692*

410-209-4800
TTY/TDD:410-962-4462
410-209-4850
FAX 410-962-3091

May 6, 2003

Kenneth W. Ravenell, Esquire
Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A.
Suite 1800, The World Trade Center
401 East Pratt Street
Baltimore, Maryland 21202

      Re: United States v. One 1997 BMW 528i
          <u>Civil No. JFM-02-522</u>

Dear Mr. Ravenell:

    The government has received the Court's Order granting reconsideration of the above-referenced matter. In order to resolve this matter, the following agreement is proposed. Once the agreement is fully executed and returned to me, I will forward it to the Court with a motion for an order of forfeiture. Once the order is entered, I will forward it to the appropriate agency for disposition.

### **SETTLEMENT AGREEMENT**

    This Settlement Agreement is made between Lisa Whaley ("the claimant") and the United States of America ("the government"):

    WHEREAS, the claimant filed a claim to the defendant One 1997 BMW 528i; and

    WHEREAS, the government filed a verified complaint against the property on or about February 15 2002; and

    WHEREAS, the Court granted a Default Decree of Forfeiture on or about September 18, 2002; and

    WHEREAS, the U.S. Marshal sold the defendant vehicle on October 26, 2002, for $15,000.00; and

**EXHIBIT A**

WHEREAS, Chevy Chase Bank filed a lienholder petition on or about October 9, 2002, stating that the claimant had been in default since April 6, 2002, leaving a delinquent balance of $12,929.66;

WHEREAS, the claimant neither admits nor disputes the government's assertion that reasonable cause existed for the seizure of the defendant property; and

WHEREAS, the parties wish to reach a fair and expedited resolution to this matter;

NOW, THEREFORE, for the foregoing reasons and for good and substantial consideration, the adequacy and receipt of which is hereby acknowledged, the claimant and the government agree as follows:

1. The government agrees to satisfy the lienholder's petition up to $12,929.66.

2. The government also agrees to release $2,070.34, which is of the remainder of the proceeds from the sale of the defendant vehicle, to the claimant, by check made payable to Kenneth Ravenell, Esquire.

3. The claimant agrees that this release of funds satisfies her claim, and the claimant also agrees to indemnify and hold the government harmless from and against all claims, damages, losses, and action resulting from or arising out of the release of property described in paragraphs 1 and 2 above.

4. The claimant agrees that the government may submit a copy of this agreement in connection with a request for an Order of Forfeiture.

5. This agreement states the entire agreement reached between the parties hereto.

Thomas M. DiBiagio
United States Attorney

5-8-03
Date

Richard C. Kay
Assistant United States Attorney

5-27-03
Date

Lisa Whaley

6/18/03
Date

Kenneth E. Ravenell, Esquire