

## THE BALTIMORE SUN
BALTIMORE, MARYLAND 21278-0001

................3/1................ 20.02.

WE HEREBY CERTIFY, that the annexed advertisement of

```
     AD NO.:   59026
US DEPT OF JUSTICE
US MARSHAL G MCKINNEY
101 W LOMBARD ST
BALTIMORE        MD 21201
```

was published in "THE BALTIMORE SUN" a daily newspaper printed and published in the City of Baltimore....2/29/02....

The Baltimore Sun Company,

7331                           By............................

2002 MAR -4  A 10: 55

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

...ooOoo...

DECLARATION REGARDING CIRCULATION

I, Jennifer Helphenstine, certify that I am the Call Center Manager for The Baltimore Sun newspaper, that I am familiar with the circulation information pertaining to The Baltimore Sun, and that The Baltimore Sun is a newspaper of general circulation in every county in the state of Maryland. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

2/6/01
Date

Jennifer Helphenstine