IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil No. JFM-02-522 |
| | * | |
| ONE 1997 BMW 528i, | * | |
| VIN# 6321VBWO8382, | * | |
| Defendant. | * | |
| | * | |
| and | * | |
| | * | |
| LISA WHALEY, | * | |
| Claimant. | * | |

...oOo...

### FINAL ORDER OF FORFEITURE

IT IS ORDERED, ADJUDGED, AND DECREED on this 5th day of 2003 that:

1. The United States of America has provided constructive notice by publication of the pendency of this forfeiture action;

2. The time for the filing of any claim to contest this forfeiture has expired, and no claim has been filed;

3. The United States of America has shown that there reasonable cause for the seizure of the defendant property under 28 U.S.C section 2465;

4. $2,070.34 shall be released to the claimant, in accordance with the Settlement Agreement attached to the government's motion  The defendant property is condemned and all rights title, and interest of Lisa Whaley, and any and all other persons is **HEREBY FORFEITED** to the United States of America.

5. The United States Marshals Service shall dispose of the defendant property in accordance with law and in accordance with the agreement annexed to the government's motion

    6  The clerk of the court shall provide copies of this order to counsel of record.

              /S/
              _____
              **J. Frederick Motz**
              **UNITED STATES DISTRICT JUDGE**